522q, NODISCH, DebtEd, KZ, APPEAL, OBJDSCH

# U.S. Bankruptcy Court
## Western District of Michigan (Grand Rapids)
### Bankruptcy Petition #: 08-09465-swd

*Date filed:*  10/24/2008

*Assigned to:* Scott W. Dales
Chapter 13
Voluntary
Asset

*db-e*    *13P*

**Debtor**                              represented by **David A. Lerner**
**Michael Allen Barlow**                Plunkett & Cooney, P.C.
31669 Pokagon Highway                   38505 Woodward Ave., Ste.
Niles, MI 49120                         2000
SSN / ITIN: xxx-xx-7053                 Bloomfield Hills, MI 48304
                                        (248) 901-4010
                                        Email:
                                        dlerner@plunkettcooney.com

                                        **John M. Van Elk**
                                        DeMott & Van Elk, PC
                                        1244 Lincoln Road (M-89)
                                        Allegan, MI 49010
                                        269-686-8330
                                        Fax : 269-686-5996
                                        Email: john@demottlaw.com

*1/24*
*2/3*
*opt 3/7*
*fee due*

                                        **Richard F. Ruby**
                                        Richard F Ruby PC
                                        425 West Buffalo
                                        PO Box 177
                                        New Buffalo, MI 49117-0117
                                        (616) 469-0082
                                        Email: bkpaula@comcast.net
                                        *TERMINATED: 12/24/2010*

*db-e*

**Debtor**                              represented by **David A. Lerner**
**Jennifer Ann Gallagher-Barlow**       (See above for address)
31669 Pokagon Highway
Niles, MI 49120                         **John M. Van Elk**
SSN / ITIN: xxx-xx-5320                 (See above for address)

                                        **Richard F. Ruby**
                                        (See above for address)
                                        *TERMINATED: 12/24/2010*

*Trustee*
**Mary K. Viegelahn**
Cornerstone Building
415 West Michigan Ave.
Kalamazoo, MI 49007
(269) 343-0305
Tax ID / EIN: viegelahn
*TERMINATED: 05/01/2010*

*Trustee*
**Barbara P. Foley**
Cornerstone Building
415 West Michigan Ave.
Kalamazoo, MI 49007
(269) 343-0305
Tax ID / EIN: foley

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2008 | 1<br>2 docs<br>(63 pgs) | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $274 filed by Richard F. Ruby of Richard F Ruby PC on behalf of Michael Allen Barlow, Jennifer Ann Gallagher-Barlow. (Ruby, Richard) (Entered: 10/24/2008) |
| 10/24/2008 | | Receipt of filing fee for Chapter 13 Voluntary Petition All Schedules and Statements fee- case upload(08-09465) [caseupld,1305u] ( 274.00). Receipt number 4618537, amount $ 274.00 (U.S. Treasury) (Entered: 10/24/2008) |
| 10/24/2008 | 2<br>(1 pg) | Certificate of Credit Counseling Course Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 10/24/2008) |
| 10/24/2008 | 3<br>(1 pg) | Certificate of Credit Counseling Course Filed by Debtor Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 10/24/2008) |
| 10/24/2008 | | Notice to Debtor(s) Counsel to File Conventionally with the Court Debtor(s) Declaration Re: ECF Within Five Days from the Date of Filing or Case will be Dismissed Without Prejudice Pursuant to ECF Guidelines. To obtain a copy of this form, please go to:<br>**http://www.miwb.uscourts.gov/forms/debtordeclaration.pdf**<br>(jah) (Entered: 10/27/2008) |
| 10/24/2008 | 4<br>(1 pg) | Notice of Filing(s) Due. Chp 13 Filings Due 11/10/2008. Chapter 13 Plan due by 11/10/2008. (kmd) (Entered: 10/27/2008) |

| | | |
|---|---|---|
| 10/27/2008 | 5<br>2 docs<br>(3 pgs) | Meeting of Creditors Chapter 13 Filed by Trustee Mary K. Viegelahn Hamlin. 341(a) meeting to be held on 11/19/2008 at 01:00 PM at Kalamazoo First Meeting Room. Proofs of Claims due by 2/17/2009. Confirmation hearing to be held on 12/11/2008 at 10:15 AM at Kalamazoo Courthouse. (Viegelahn Hamlin, Mary) (Entered: 10/27/2008) |
| 10/29/2008 | 6<br>(2 pgs) | BNC Certificate of Mailing - Notice of Filings Due Service Date 10/29/2008. (Admin.) (Entered: 10/30/2008) |
| 10/29/2008 | 7<br>(2 pgs) | BNC Certificate of Mailing - Notice Regarding Form 23 Service Date 10/29/2008. (Admin.) (Entered: 10/30/2008) |
| 10/29/2008 | 11<br>(1 pg) | Declaration Re: Electronic Filing (RE: related document(s) Notice To File Declaration Re: ECF) (mak) (Entered: 11/04/2008) |
| 10/30/2008 | 8<br>(3 pgs) | BNC Certificate of Mailing - Notice Re: Provisions under Section 522(q)(1) Service Date 10/30/2008. (Admin.) (Entered: 10/31/2008) |
| 10/30/2008 | 9<br>(6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Service Date 10/30/2008. (Admin.) (Entered: 10/31/2008) |
| 11/04/2008 | 10<br>(9 pgs) | Chapter 13 Plan Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (RE: related document(s) 4 Notice of Filing(s) Due). (Ruby, Richard) (Entered: 11/04/2008) |
| 11/07/2008 | 12<br>(11 pgs) | BNC Certificate of Mailing - Chapter 13 Plan Service Date 11/07/2008. (Admin.) (Entered: 11/08/2008) |
| 11/20/2008 | 13 | Trustee's Report of First Meeting Held. (Viegelahn Hamlin, Mary) (Entered: 11/20/2008) |
| 11/20/2008 | 15<br>2 docs<br>(13 pgs) | Objection to Discharge Pursuant to Section 522q Filed by Creditor Steven A. McGee (Attachments: # 1 Request for Hearing) (kap) (Entered: 12/01/2008) |
| 11/21/2008 | 14<br>(1 pg) | Notice of Appearance on behalf of Creditor EMC Mortgage Corporation. ( Moss Codilis LLP, Authorized Agent 9) (Entered: 11/21/2008) |
| 12/01/2008 | 16<br>(2 pgs) | Objection to Claim of Creditor Lynn Boss. (mak) (Entered: 12/01/2008) |
| | | |

| 12/01/2008 | 17<br>(2 pgs) | Objection to Claim 4 of EMC Mortgage Company in the amount of: $151,099.42 Filed by Creditor Steven A. McGee . (mak) (Entered: 12/01/2008) |
| --- | --- | --- |
| 12/01/2008 | 18<br>(3 pgs) | Affidavit of Mailing Filed by Creditor Steven A. McGee (mak) (Entered: 12/01/2008) |
| 12/01/2008 | 19<br>(2 pgs) | Court's Notice of Rejection. Motion to Terminate Stay is/are rejected due to missing $150.00 filing fee. (kap) (Entered: 12/01/2008) |
| 12/01/2008 | 20<br>(1 pg) | Certificate of Service (RE: related document(s) 16 Objection to Claim; 17 Objection to Claim; 18 Affidavit; and Motion To Terminate Stay Filed by Creditor Steven A. McGee (mak) (Entered: 12/01/2008) |
| 12/02/2008 | 21<br>(7 pgs) | Means Test Form Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 12/02/2008) |
| 12/04/2008 | 22<br>(1 pg) | Preconfirmation Amended Chapter 13 Plan Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (RE: related document(s) 10 Chapter 13 Plan). (Ruby, Richard) (Entered: 12/04/2008) |
| 12/04/2008 | 23<br>(14 pgs) | Court's Notice of Hearing (RE: related document(s) 15 Objection to Delay Discharge Pursuant to Section 522q filed by Creditor Steven A. McGee) Hearing to be held on 2/18/2009 at 09:30 AM Kalamazoo Courthouse. Notice and Objection served by court upon matrix via BNC (lsl) (Entered: 12/04/2008) |
| 12/05/2008 | 24<br>(3 pgs) | Court's Notice of Hearing (RE: related document(s) 17 Objection to Claim filed by Creditor Steven A. McGee) Hearing to be held on 2/18/2009 at 09:30 AM Kalamazoo Courthouse. Notice & Objection served by court upon interested parties. (lsl) (Entered: 12/05/2008) |
| 12/05/2008 | 25<br>(4 pgs) | Court's Notice of Hearing (RE: related document(s) 16 Document(Generic)) Hearing to be held on 2/18/2009 at 09:30 AM Kalamazoo Courthouse. Notice & Objection served by court upon interested parties. (lsl) (Entered: 12/05/2008) |
| 12/06/2008 | 26<br>(1 pg) | Notice of Appearance on behalf of Creditor Recovery Management Systems Corporation. ( Recovery Management Systems Corporation, Authorized Agent 1) (Entered: 12/06/2008) |
|  |  |  |

| | | |
|---|---|---|
| 12/06/2008 | <u>27</u><br>● (16 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 12/06/2008. (Admin.) (Entered: 12/07/2008) |
| 12/07/2008 | <u>28</u><br>● (4 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 12/07/2008. (Admin.) (Entered: 12/08/2008) |
| 12/07/2008 | <u>29</u><br>● (5 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 12/07/2008. (Admin.) (Entered: 12/08/2008) |
| 12/08/2008 | <u>30</u><br>● (1 pg) | Motion for Continuance of Confirmation Hearing (related documents <u>5</u> Confirmation Hearing) Filed by Creditor Steven A. McGee (kap) (Entered: 12/08/2008) |
| 12/08/2008 | <u>31</u><br>● (9 pgs) | Creditor's Objections to Confirmation of Proposed Plan, Pursuant to 11 USC § 1324 & 11 USC § 1325 (RE: related document(s) <u>10</u> Chapter 13 Plan). Filed by Creditor Steven A. McGee (kap) (Entered: 12/08/2008) |
| 12/08/2008 | <u>32</u><br>● (1 pg) | Certificate of Service (RE: related document(s) <u>30</u> Motion to Adjourn/Continue Hearing On (related documents <u>5</u> Confirmation Hearing), <u>31</u> Objection to Plan) Filed by Creditor Steven A. McGee (kap) (Entered: 12/08/2008) |
| 12/10/2008 | <u>33</u><br>● (1 pg) | Objection to Claim 6 of Steven A. McGee in the amount of: $$162,000.00 Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 12/10/2008) |
| 12/11/2008 | ● 34 | Notice of Defective Claim - Claim Number: 3. Reason for Defect: docketed with incorrect date (kmd) (Entered: 12/11/2008) |
| 12/11/2008 | ● | Adjourned Confirmation Hearing (RE: related document(s) <u>5</u> Meeting of Creditors Chapter 13 filed by Trustee Mary K. Viegelahn Hamlin, <u>10</u> Chapter 13 Plan filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Confirmation hearing to be held on 3/11/2009 at 09:15 AM at Kalamazoo Courthouse. (epb) (Entered: 12/16/2008) |
| 12/15/2008 | <u>35</u><br>2 docs<br>● (6 pgs) | Certificate of Service (RE: related document(s) <u>16</u> Objection to Claim, <u>17</u> Objection to Claim) (Attachments: # <u>1</u> Notice of Pendency of Litigation & Affidavit of Relating to Matter Affecting Title to Real Property) Filed by Creditor Steven A. McGee (kap) (Entered: 12/15/2008) |
| | | Court's Notice of Hearing on Objection to Claim Filed by Steven A. McGee (RE: related document(s) <u>33</u> Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer |

| | | |
|---|---|---|
| 12/15/2008 | <u>36</u><br>(2 pgs) | Ann Gallagher-Barlow) Hearing to be held on 2/18/2009 at 09:30 AM Kalamazoo Courthouse. Notice returned to Richard Ruby, Esq. for service on interested parties. Notice must be served at least 30 day's prior to hearing date. (lsl) (Entered: 12/15/2008) |
| 12/22/2008 | <u>37</u><br>2 docs<br>(5 pgs) | Objection to Debtor's Claim of Exemptions of Property at 31669 Pokagon Highway Filed by Creditor Steven A. McGee. (Attachments: # <u>1</u> Certificate of Service (Interested Parties)) (epb) (Entered: 12/23/2008) |
| 12/22/2008 | <u>38</u><br>2 docs<br>(5 pgs) | Response to Debtor's Objection To Claim; Notice of Demand For Retraction; and Motion for Sanctions(related document(s): <u>33</u> Objection to Claim) Filed by Creditor Steven A. McGee (Attachments: # <u>1</u> Verified Declaration in Support of Proof of Claim, Regarding Purchase of Property at 31669 Pokagon Highway) (epb) (Entered: 12/23/2008) |
| 12/29/2008 | <u>39</u><br>(7 pgs) | Letter from Steven A. McGee to Mary K. Viegelahn Hamlin. (kap) (Entered: 12/30/2008) |
| 01/05/2009 | <u>40</u><br>(6 pgs) | Court's Notice of Hearing (RE: related document(s) <u>37</u> Objection to Debtor's Claim of Exemptions filed by Creditor Steven A. McGee) Hearing to be held on 2/18/2009 at 09:30 AM Kalamazoo Courthouse. Notice & Objection served by court upon interested parties. (lsl) (Entered: 01/05/2009) |
| 01/07/2009 | <u>41</u><br>(7 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 01/07/2009. (Admin.) (Entered: 01/08/2009) |
| 01/20/2009 | <u>42</u><br>(1 pg) | Response to (related document(s): <u>38</u> Response) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 01/20/2009) |
| 01/20/2009 | <u>43</u><br>3 docs<br>(4 pgs) | Petition for Habeus Corpus AD Testificandum. (RE: related document(s) <u>40</u> Hearing Set) (Attachments: # <u>1</u> Notice of Constitutional Question Pursuant to Fed R Civ P 5.1# <u>2</u> Certificate of Service (Interested Parties)) (jeg) (Entered: 01/21/2009) |
| 01/20/2009 | <u>44</u><br>2 docs<br>(3 pgs) | Notice of Good-Faith Offer for Interim Settlement of Creditor's Equitable Lein. (RE: related document(s) <u>37</u> Objection to Debtor's Claim of Exemptions filed by Creditor Steven A. McGee) (Attachments: # <u>1</u> Certificate of Service (Interested Parties))Filed by Creditor Steven A. McGee. (jeg) (Entered: 01/21/2009) |
| | | |

| 01/28/2009 | 45<br>(3 pgs) | Order Regarding Creditor's Petition for Habeas Corpus Relief (RE: related document(s) 43 Petition for Habeus Corpus AD Testificandum). Signed on 1/28/2009 (jeg) (Entered: 01/29/2009) |
|---|---|---|
| 01/31/2009 | 47<br>(4 pgs) | BNC Certificate of Mailing. Service Date 01/31/2009. (Admin.) (Entered: 02/01/2009) |
| 02/05/2009 | 48<br>2 docs<br>(3 pgs) | Response to (related document(s): 39 Letter) Filed by Trustee Mary K. Viegelahn Hamlin (Attachments: # 1 Certificate of Service (Interested Parties)) (4Viegelahn Hamlin, Mary) (Entered: 02/05/2009) |
| 02/05/2009 | 49<br>2 docs<br>(2 pgs) | Response to (related document(s): 17 Objection) Filed by Creditor EMC Mortgage Corporation (Attachments: # 1 Certificate of Service) (Orrico, Stephanie) Modified on 2/6/2009 (dbv). (Entered: 02/05/2009) |
| 02/06/2009 | 50<br>(1 pg) | Notice of Rescheduled Hearing. Hearing Previously Scheduled For February 18, 2009. Notice Served by the Court Upon Interested Parties. (RE: related document(s) 16 Document (Generic)) Hearing rescheduled for 3/11/2009 at 09:30 AM at Kalamazoo Courthouse. Notice served by court upon interested parties via BNC.(lsl) (Entered: 02/06/2009) |
| 02/06/2009 | 51<br>(1 pg) | Notice of Rescheduled Hearing. Hearing Previously Scheduled For February 18, 2009. Notice Served by the Court Upon Interested Parties. (RE: related document(s) 17 Objection to Claim # 4 (EMC Mortgage for MERS) filed by Creditor Steven A. McGee) Hearing scheduled for 3/11/2009 at 09:30 AM at Kalamazoo Courthouse. Notice served by court upon interested parties via BNC. (lsl) (Entered: 02/06/2009) |
| 02/06/2009 | 52<br>(2 pgs) | Notice of Rescheduled Hearing. Hearing Previously Scheduled For 2/18/2009. Notice Served by the Court Upon Interested Parties. (RE: related document(s) 15 Objection to Delay Discharge Pursuant to Section 522q filed by Creditor Steven A. McGee) Hearing scheduled for 3/11/2009 at 09:30 AM at Kalamazoo Courthouse. Notice served upon matrix via BNC. (lsl) (Entered: 02/06/2009) |
| 02/06/2009 | 53<br>(1 pg) | *Entered in error; see 54 * Court's Notice of Hearing --Motion to File Incorporated Letter to Bankruptcy Trustee Viegelahn Hamlin filed by Steven McGee (RE: related document(s) 39 Letter) Hearing to be held on 3/11/2009 at 09:30 AM Kalamazoo Courthouse for 39 , (lsl) Modified on 2/6/2009 (dbv). (Entered: 02/06/2009) |

| | | |
|---|---|---|
| 02/06/2009 | <u>54</u><br>(8 pgs) | Court's Notice of Hearing (Motion to File Incorporated Letter to Bankruptcy Trustee Viegelahn Hamlin filed by Steven McGee) (RE: related document(s) <u>39</u> Letter) Hearing to be held on 3/11/2009 at 09:30 AM Kalamazoo Courthouse. Notice & Motion served by court upon interested parties. (lsl) (Entered: 02/06/2009) |
| 02/08/2009 | <u>55</u><br>(2 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 02/08/2009. (Admin.) (Entered: 02/09/2009) |
| 02/08/2009 | <u>56</u><br>(2 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 02/08/2009. (Admin.) (Entered: 02/09/2009) |
| 02/08/2009 | <u>57</u><br>(4 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 02/08/2009. (Admin.) (Entered: 02/09/2009) |
| 02/08/2009 | <u>58</u><br>(9 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 02/08/2009. (Admin.) (Entered: 02/09/2009) |
| 02/11/2009 | <u>59</u><br>(2 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 02/11/2009. (Admin.) (Entered: 02/12/2009) |
| 02/18/2009 | 62 | **Virtual Minutes of Hearing held on: 02/18/2009**<br>**Subject:** Creditor Steven McGee's Objections to Discharge of Lien on Grounds that Provisions of 11 USC Section 522(q)(1)(B)(ii) & (iii) are Applicable, and that Debtors Do Not Possess Valid Title to the Property in Question, Objections to Exemption of Property.<br>**Proceedings:** Adjourned.<br>(vCal Hearing ID (50453)). (related document(s) <u>15</u> ) Hearing scheduled for 03/11/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 02/19/2009) |
| 02/18/2009 | 63 | **Virtual Minutes of Hearing held on: 02/18/2009**<br>**Subject:** Creditor Steven McGee's Objection to Claim of Lynn Bass.<br>**Proceedings:** Adjourned.<br>(vCal Hearing ID (50454)). (related document(s) <u>16</u> ) Hearing scheduled for 03/11/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 02/19/2009) |
| 02/18/2009 | 64 | **Virtual Minutes of Hearing held on: 02/18/2009**<br>**Subject:** Creditor Steven McGee's Objection to Claim #4 of EMC Mortgage Co..<br>**Proceedings:** Adjourned.<br>(vCal Hearing ID (50455)). (related document(s) <u>17</u> ) Hearing scheduled for 03/11/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 02/19/2009) |

| 02/18/2009 | ◕ 65 | **Virtual Minutes of Hearing held on: 02/18/2009** **Subject:** Creditor Steven McGee's Objections to Claimed Exemption of Property at 31669 Pokagon Highway. **Proceedings:** Adjourned per order dated 1-28-09. (vCal Hearing ID (55366)). (related document(s) 37 ) Hearing scheduled for 03/11/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 02/19/2009) |
|---|---|---|
| 02/18/2009 | ◕ 66 | **Virtual Minutes of Hearing held on: 02/18/2009** **Subject:** Debtors' Objection to Claim #6 ofSteven McGee. **Proceedings:** Adjourned. (vCal Hearing ID (52777)). (related document(s) 33 ) Hearing scheduled for 03/11/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 02/19/2009) |
| 02/19/2009 | 60 ◕ (1 pg) | Letter from Lynn Boss to U S Bankruptcy Court Regarding: Hearing 2/18/09 at 9:30 AM. (RE: related document(s) 37 Objection to Debtor's Claim of Exemptions filed by Creditor Steven A. McGee) (jeg) (Entered: 02/19/2009) |
| 02/19/2009 | 61 ◕ (2 pgs) | Court's Notice of Rejection. Adversary Complaint is/are rejected due to filing fee not enclosed (kmd) (Entered: 02/19/2009) |
| 02/27/2009 | 67 4 docs ◕ (53 pgs) | Motion to File Incorporated Letter to the Clerk of Court. (RE: related document(s) 61 Court's Notice of Rejection Filing) (Attachments: # 1 Certificate of Service (Interested Parties) # 2 Memorandum of Law in Support of Proof of Claim# 3 Memorandum of Law) (jeg) (Entered: 02/27/2009) |
| 03/02/2009 | 68 ◕ (1 pg) | Order Regarding Creditor's Motion to File Incorporated Letter To The Clerk of Court (RE: related document(s) 67 Motion). Signed on 3/2/2009 (jeg) (Entered: 03/03/2009) |
| 03/05/2009 | 70 ◕ (2 pgs) | BNC Certificate of Mailing. Service Date 03/05/2009. (Admin.) (Entered: 03/06/2009) |
| | 75 7 docs | Adversary case 09-80094. 21 (Validity, priority or extent of lien or other interest in property)) 65 (Dischargeability - other)) 41 (Objection / revocation of discharge - 727(c),(d),(e))) 13 (Recovery of money/property - 548 fraudulent transfer)) : Complaint by Steven A. McGee against United States of America , Michael Allen Barlow , Jennifer Ann Gallagher-Barlow , Lynn Boss , Meridian Title Company , Edward Hardig Jr., Jeffrey O'Hara , U.S. Marshal Bruce Nordin , U.S. Marshal Dan Elbers , EMC Mortgage Co. . Fee Amount $250.00. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Cover Letter) (jeg) (Entered: |

| 03/06/2009 | ● (67 pgs) | 03/10/2009) |
|---|---|---|
| 03/06/2009 | 76<br>2 docs<br>● (2 pgs) | Notice of Constitutional Question and Motion for Court to Certify Constitutional Question Pursuant to 28 USC Section 2403 (related documents 61 Court's Notice of Rejection Filing) Filed by Creditor Steven A. McGee (Attachments: # 1 Certificate of Service (Interested Parties)) (jeg) (Entered: 03/10/2009) |
| 03/09/2009 | 71<br>● (2 pgs) | Motion for Continuance and Adjournment of Confirmation Hearing of March 11, 2009 Pending Commencement of Adversary Proceedings (related documents 10 Chapter 13 Plan) Filed by Creditor Steven A. McGee (lmj) (Entered: 03/09/2009) |
| 03/09/2009 | 72<br>6 docs<br>● (28 pgs) | Motion For Court to Issue Order of Abstention, Due to State-Law Comity & Other Concerns, Regarding Any Avoidance Action on Creditor's Recorded Equitable Lien, & Motion for Court to Refuse to Confirm Proposed Plan as Now configured, or to Dismiss Petition Outright on Grounds of Fraud (related documents 31 Objection to Plan) Filed by Creditor Steven A. McGee (Attachments: # 1 Brief/Memorandum # 2 Exhibit A# 3 Exhibit B# 4 Cover Letter# 5 Certificate of Service (Interested Parties)) (jeg) Modified on 3/11/2009 (rrr). (Entered: 03/10/2009) |
| 03/09/2009 | 73<br>● (3 pgs) | Motion For Court to Discharge Claim of Purported Creditor EMC Mortgage (related documents 17 Objection to Claim) Filed by Creditor Steven A. McGee (jeg) (Entered: 03/10/2009) |
| 03/09/2009 | 74<br>● (1 pg) | Certificate of Service (RE: related document(s) 71 Motion to Adjourn/Continue Hearing, 73 Motion) Filed by Creditor Steven A. McGee (jeg) (Entered: 03/10/2009) |
| 03/10/2009 | 77<br>● (1 pg) | Order Denying Motion To Continue Hearing (Related Doc # 71 ) Signed on 3/10/2009. (jeg) (Entered: 03/10/2009) |
| 03/11/2009 | ● | Adj Confirmation Hearing Held (RE: related document(s) 10 Chapter 13 Plan filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Confirmed - Special Confirmation Order t/b/p by Trustee (jeg) (Entered: 03/12/2009) |
| 03/11/2009 | ● | Hearing Held (RE: related document(s) 39 Letter, 67 Document) Resolved by Order entered 3/2/09 (jeg) (Entered: 03/12/2009) |

| | | |
|---|---|---|
| 03/11/2009 | ☻ | Obj Hearing Held (RE: related document(s) 17 Objection to Claim filed by Creditor Steven A. McGee, 33 Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Objection Overruled - Order t/b/p by Ct. (jeg) (Entered: 03/12/2009) |
| 03/11/2009 | ☻ | Obj Hearing Held (RE: related document(s) 33 Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Objection Overruled - Order t/b/p by Ct. (jeg) (Entered: 03/12/2009) |
| 03/11/2009 | ☻ | Obj Hearing Held (RE: related document(s) 16 Document (Generic), 37 Objection to Debtor's Claim of Exemptions filed by Creditor Steven A. McGee) Objection Overruled - Order t/b/p by Ct.(jeg) (Entered: 03/12/2009) |
| 03/11/2009 | ☻ 80 | **Virtual Minutes of Hearing held on: 03/11/2009 Subject:** Creditor Steven McGee's Objections to Discharge of Lien on Grounds that Provisions of 11 USC Section 522(q)(1)(B)(ii) & (iii) are Applicable, and that Debtors Do Not Possess Valid Title to the Property in Question, Objections to Exemption of Property. **Proceedings:** Adjourned. (vCal Hearing ID (59261)). (related document(s) 15 ) Hearing scheduled for 07/15/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 03/13/2009) |
| 03/11/2009 | ☻ 81 | **Virtual Minutes of Hearing held on: 03/11/2009 Subject:** Creditor Steven McGee's Objections to Claimed Exemption of Property at 31669 Pokagon Highway. **Proceedings:** Adjourned. (vCal Hearing ID (59264)). (related document(s) 37 ) Hearing scheduled for 07/15/2009 at 09:30 AM at Kalamazoo Courthouse. (lsl) (Entered: 03/13/2009) |
| 03/12/2009 | 78 ☻ (3 pgs) | Order Regarding Outcome of March 11, 2009 Hearings and Related Matters (RE: related document(s) 15 Objection to Delay Discharge Pursuant to Section 522q , 16 Objection to Claim, 17 Objection to Claim, 33 Objection to Claim , 37 Objection to Debtor's Claim of Exemptions, 72 Motion, 73 Motion). Signed on 3/12/2009 (jeg) (Entered: 03/13/2009) |
| 03/15/2009 | 82 ☻ (4 pgs) | BNC Certificate of Mailing. Service Date 03/15/2009. (Admin.) (Entered: 03/16/2009) |
| 03/20/2009 | 83 ☻ (2 pgs) | Notice of Appearance by Creditor EMC Mortgage Corporation. (Lerner, David) (Entered: 03/20/2009) |
| | | |

| 03/20/2009 | 84 (2 pgs) | Order Confirming Debtors' Chapter 13 Plan and Awarding Attorney Fees for Richard F. Ruby, Debtor's Attorney, Fees awarded: $2500.00; Awarded on 3/23/2009. (RE: related document(s) 10 Chapter 13 Plan filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow, 22 Amended Chapter 13 Plan filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow). Signed on 3/20/2009 (jeg) (Entered: 03/23/2009) |
|---|---|---|
| 03/23/2009 | 86 (1 pg) | Notice of Appeal. Fee Amount $255 Filed by Creditor Steven A. McGee (RE: related document(s) 84 Order Confirming Debtor's Chapter 13 Plan and Awarding Attorney's Fees). Appellant Designation due by 4/2/2009. NOTE: Appeal fee has NOT been paid. (bjs) (Entered: 03/23/2009) |
| 03/23/2009 | 87 (1 pg) | Statement of Election to Have Appeal Heard by District Court Filed by Creditor Steven A. McGee (RE: related document(s) 86 Notice of Appeal). (bjs) (Entered: 03/23/2009) |
| 03/23/2009 | 88 (2 pgs) | Notice of Returned Mail Received. Order Regarding Outcome of March 11 2009 Hearings and Related Matters intended for Lynn Boss, Dennis M. Tushla 412 Gray Street PO Box 300 Dowagiac, MI 49047. Address updated in Care of Attorney for Debtor, or Debtor if Pro Se. (ksb) (Entered: 03/24/2009) |
| 03/24/2009 | 89 (2 pgs) | Clerk's Notice Regarding Record on Appeal with Certificate of Mailing. (RE: related document(s) 86 Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 03/24/2009) |
| 03/24/2009 | 90 (1 pg) | Bill of Costs to Steven A. McGee in the Amount of $ 255.00 Regarding appeal fee (RE: related document(s) 86 Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 03/24/2009) |
| 03/24/2009 | 92 (2 pgs) | Amended Clerk's Notice Regarding Record on Appeal with Certificate of Mailing. (RE: related document(s) 86 Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 03/24/2009) |
| 03/25/2009 | 93 (2 pgs) | Notice of Appearance by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow. (Lerner, David) (Entered: 03/25/2009) |
| 03/25/2009 | 94 (3 pgs) | BNC Certificate of Mailing. Service Date 03/25/2009. (Admin.) (Entered: 03/26/2009) |
|  |  | Trustee's Objection to Claim 22 of LYNN BOSS in the amount |

| 03/26/2009 | 95<br>(2 pgs) | of: $13716.86 and Notice and Opportunity for Hearing. Served by Trustee's Office on: 03/26/09. Filed by Trustee Mary K. Viegelahn Hamlin. (11Viegelahn Hamlin, Mary) (Entered: 03/26/2009) |
| --- | --- | --- |
| 03/26/2009 | 96<br>(2 pgs) | BNC Certificate of Mailing. Service Date 03/26/2009. (Admin.) (Entered: 03/27/2009) |
| 03/26/2009 | 97<br>(3 pgs) | BNC Certificate of Mailing. Service Date 03/26/2009. (Admin.) (Entered: 03/27/2009) |
| 03/26/2009 | 98<br>(2 pgs) | BNC Certificate of Mailing. Service Date 03/26/2009. (Admin.) (Entered: 03/27/2009) |
| 03/26/2009 | 99<br>(3 pgs) | BNC Certificate of Mailing. Service Date 03/26/2009. (Admin.) (Entered: 03/27/2009) |
| 03/26/2009 | 100<br>(3 pgs) | BNC Certificate of Mailing - Notice Concerning Undeliverable Mail Service Date 03/26/2009. (Admin.) (Entered: 03/27/2009) |
| 04/06/2009 | 101<br>3 docs<br>(8 pgs) | Application to Proceed Without Prepayment of Fees and Affidavit Filed by Creditor Steven A. McGee (Attachments: # 1 Inmate Statements, and Promissory Note# 2 Affidavit) (jeg) Modified on 4/9/2009: Related to document 86 (dbv). (Entered: 04/07/2009) |
| 04/06/2009 | 102<br>(1 pg) | Designation of Record on Appeal Filed by Creditor Steven A. McGee (RE: related document(s) 86 Notice of Appeal). (jeg) (Entered: 04/07/2009) |
| 04/06/2009 | 103<br>(2 pgs) | Statement of Issues on Appeal, Filed by Creditor Steven A. McGee (RE: related document(s) 86 Notice of Appeal). (jeg) (Entered: 04/07/2009) |
| 04/06/2009 | 104<br>(1 pg) | Certificate of Service (RE: related document(s) 102 Appellant Designation, 103 Statement of Issues on Appeal) Filed by Creditor Steven A. McGee (jeg) Modified on 4/9/2009 (dbv). (Entered: 04/07/2009) |
| 04/06/2009 | 105<br>2 docs<br>(4 pgs) | Verified Declaration of Creditor Steven A. McGee in response to Amended Clerk's Notice Regarding Record on Appeal of March 24, 2009 (related document(s): 92 Clerk's Notice Regarding Record on Appeal) Filed by Creditor Steven A. McGee (Attachments: # 1 Inmate Request to Staff, and Prisoner Trust Account Report) (jeg) (Entered: 04/07/2009) |

| | | |
|---|---|---|
| 04/14/2009 | [106](#)<br>(3 pgs) | Order Denying IFP Applications(Related Doc # [101](#) ) Signed on 4/14/2009. (jeg) (Entered: 04/15/2009) |
| 04/17/2009 | [109](#)<br>(4 pgs) | BNC Certificate of Mailing. Service Date 04/17/2009. (Admin.) (Entered: 04/18/2009) |
| 04/18/2009 | [110](#)<br>(4 pgs) | BNC Certificate of Mailing. Service Date 04/18/2009. (Admin.) (Entered: 04/19/2009) |
| 04/28/2009 | [111](#)<br>(5 pgs) | Trustee's Notice of Intent to Pay Claims. (7Viegelahn, Mary) (Entered: 04/28/2009) |
| 05/04/2009 | [112](#)<br>(1 pg) | Notice of Appeal & Statement of Election. Fee Amount $255 Filed by Creditor Steven A. McGee (RE: related document(s) [106](#) Order Denying IFP Applications). Appellant Designation due by 5/14/2009. NOTE: Appeal Fee has not been paid. (lmj) (Entered: 05/04/2009) |
| 05/04/2009 | | Election to Appeal to District Court. (RE: related document(s) [112](#) Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 05/06/2009) |
| 05/06/2009 | [113](#)<br>(2 pgs) | Clerk's Notice Regarding Record on Appeal with Certificate of Mailing. (RE: related document(s) [112](#) Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 05/06/2009) |
| 05/06/2009 | [114](#)<br>(1 pg) | Bill of Costs to Steven A. McGee in the Amount of $ 255.00 Regarding appeal fee (RE: related document(s) [112](#) Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 05/06/2009) |
| 05/07/2009 | [115](#)<br>(2 pgs) | Record on Appeal. (RE: related document(s) [86](#) Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 05/07/2009) |
| 05/07/2009 | [116](#)<br>(2 pgs) | Notice of Transmittal of Record on Appeal to District Court. Case Number: 1:09-cv-414. (RE: related document(s) [115](#) Record on Appeal) (dbva) (Entered: 05/07/2009) |
| 05/08/2009 | [117](#)<br>(2 pgs) | BNC Certificate of Mailing. Service Date 05/08/2009. (Admin.) (Entered: 05/09/2009) |
| 05/08/2009 | [118](#)<br>(3 pgs) | BNC Certificate of Mailing. Service Date 05/08/2009. (Admin.) (Entered: 05/09/2009) |
| | | Trustee's Notice to Debtor(s) Attorney Regarding Dividend |

| 05/18/2009 | <u>119</u><br>(3 pgs) | Percentage to Unsecured Creditors Filed by Trustee Mary K. Viegelahn. (11Viegelahn, Mary) (Entered: 05/18/2009) |
|---|---|---|
| 05/22/2009 | <u>122</u><br>(1 pg) | Notice of Change of Address for Creditor(s): Lynn Boss Filed by Lynn Boss (jeg) (Entered: 05/27/2009) |
| 05/26/2009 | <u>120</u><br>(2 pgs) | Record on Appeal. (RE: related document(s) <u>112</u> Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 05/26/2009) |
| 05/26/2009 | <u>121</u><br>(2 pgs) | Notice of Transmittal of Record on Appeal to District Court. Case Number: 1:09-cv-473. (RE: related document(s) <u>120</u> Record on Appeal) (dbva) (Entered: 05/26/2009) |
| 06/19/2009 | <u>123</u><br>3 docs<br>(3 pgs) | Trustee's Motion to Dismiss Case Filed by Trustee Mary K. Viegelahn. Hearing scheduled for 8/26/2009 at 09:00 AM at Kalamazoo Courthouse. (Attachments: # <u>1</u> Notice & Opportunity to Object # <u>2</u> Certificate of Service (Interested Parties))(4Viegelahn, Mary) (Entered: 06/19/2009) |
| 07/08/2009 | <u>124</u><br>2 docs<br>(2 pgs) | Affidavit/Certificate of No Response or Objection Filed by Trustee Mary K. Viegelahn (RE: related document(s) <u>95</u> Objection to Claim filed by Trustee Mary K. Viegelahn). (Attachments: # <u>1</u> Proposed Order)(12Viegelahn, Mary) (Entered: 07/08/2009) |
| 07/08/2009 | <u>125</u><br>(2 pgs) | Notice of Appearance by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow. (Lerner, David) (Entered: 07/08/2009) |
| 07/08/2009 | <u>126</u><br>(1 pg) | Response to (related document(s): <u>123</u> Trustee's Motion to Dismiss Case (Chp 13)) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 07/08/2009) |
| 07/09/2009 | <u>127</u><br>(1 pg) | Order Disallowing Claim #22 (RE: related document(s) <u>95</u> Granting Objection to Claim filed by Trustee Mary K. Viegelahn). Signed on 7/9/2009 (jeg) (Entered: 07/10/2009) |
| 07/10/2009 | <u>128</u><br>(2 pgs) | Response to (related document(s): <u>15</u> Objection to Delay Discharge Pursuant to Section 522q, <u>37</u> Objection to Debtor's Claim of Exemptions) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 07/10/2009) |
| | <u>129</u> | Corrected Response to (related document(s): <u>15</u> Objection to Delay Discharge Pursuant to Section 522q, <u>37</u> Objection to |

| | | |
|---|---|---|
| 07/13/2009 | 2 docs<br>(4 pgs) | Debtor's Claim of Exemptions) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Attachments: # 1 Exhibit Order) (Ruby, Richard) (Entered: 07/13/2009) |
| 07/13/2009 | 130<br>(1 pg) | Certificate of Service *129 Corrected Response to Objections* Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) Modified on 7/15/2009 (dbv). (Entered: 07/13/2009) |
| 07/15/2009 | | Adj. Hearing Held (RE: related document(s) 15 Objection to Discharge of Lien on Grounds that Provisions of 11 USC Section 522q(a)(B)(ii) & (iii) are Applicable, and that Debtors Do Not Possess Valid Title to the Proeprty in Question, Objections to Exemption of Property filed by Creditor Steven A. McGee) Overruled - Order by Ruby. (kac) (Entered: 07/16/2009) |
| 07/15/2009 | | Adj. Hearing Held (RE: related document(s) 37 Objection to Debtor's Claim of Exemption of Property at 31669 Pokagon Highway filed by Creditor Steven A. McGee) Overruled - Order by Ruby. (kac) (Entered: 07/16/2009) |
| 07/22/2009 | 131<br>(1 pg) | Proposed Order *Re: Objection to Discharge of Lien* (RE: related document(s)Hearing Held (Bk Motion)) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 07/22/2009) |
| 07/22/2009 | 132<br>(1 pg) | Proposed Order *Re Objection to Exemption* (RE: related document(s)Hearing Held (Bk Motion)) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 07/22/2009) |
| 07/22/2009 | 133<br>(1 pg) | Proposed Order *re: Creditor Steven McGee's Proof of Claim* (RE: related document(s) 33 Objection to Claim) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 07/22/2009) |
| 07/23/2009 | 134<br>(1 pg) | Order Denying Objection (RE: related document(s) 15 Objection to Delay Discharge Pursuant to Section 522q filed by Creditor Steven A. McGee). Signed on 7/23/2009 (jeg) (Entered: 07/23/2009) |
| 07/23/2009 | 135<br>(1 pg) | Order Denying Objection (RE: related document(s) 37 Objection to Debtor's Claim of Exemptions filed by Creditor Steven A. McGee). Signed on 7/23/2009 (jeg) (Entered: 07/23/2009) |
| | | |

| | | |
|---|---|---|
| 07/24/2009 | [136](javascript)<br>●(3 pgs) | Trustee's Notice to Debtor(s) Attorney Regarding Dividend Percentage to Unsecured Creditors Filed by Trustee Mary K. Viegelahn. (11Viegelahn, Mary) (Entered: 07/24/2009) |
| 07/31/2009 | 137<br>●(1 pg) | Certificate of Service (RE: related document(s) 127 Claim Orders) Filed by Trustee Mary K. Viegelahn (9Viegelahn, Mary) Modified on 8/3/2009 (dbv). (Entered: 07/31/2009) |
| 08/26/2009 | ●138 | **Virtual Minutes of Hearing held on: 08/26/2009**<br>**Subject:** Trustee's Motion to Dismiss Chapter 13 Proceeding.<br>**Proceedings:** Adjourned.<br>(vCal Hearing ID (66362)). (related document(s) 123 )<br>Hearing scheduled for 09/16/2009 at 09:00 AM at Kalamazoo Courthouse. (lsl) (Entered: 09/08/2009) |
| 09/16/2009 | ●140 | **Virtual Minutes of Hearing held on: 09/16/2009**<br>**Subject:** Adj. Trustee's Motion to Dismiss Chapter 13 Proceeding.<br>**Proceedings:** Adjourned.<br>(vCal Hearing ID (70968)). (related document(s) 123 )<br>Hearing scheduled for 10/14/2009 at 09:00 AM at Kalamazoo Courthouse. (lsl) (Entered: 09/18/2009) |
| 09/17/2009 | 139<br>●(1 pg) | Proposed Order *Directing Employer to Pay Trustee* Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 09/17/2009) |
| 09/18/2009 | 141<br>●(1 pg) | Order Directing Employer to Pay Trustee. Signed on 9/18/2009 (dm) (Entered: 09/18/2009) |
| 09/21/2009 | 142<br>●(1 pg) | Certificate of Service *Order Directing Employer to Pay Trustee* (RE: related document(s) 141 Payroll Order) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/21/2009) |
| 09/23/2009 | 143<br>●(1 pg) | Notice of Withdrawal (related document(s): 123 Trustee's Motion to Dismiss Case (Chp 13) Filed by Trustee Mary K. Viegelahn (4Viegelahn, Mary) (Entered: 09/23/2009) |
| 10/16/2009 | 144<br>3 docs<br>●(3 pgs) | Trustee's Motion to Dismiss Case Filed by Trustee Mary K. Viegelahn. Hearing scheduled for 1/13/2010 at 09:00 AM at Kalamazoo Courthouse. (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Interested Parties))(4Viegelahn, Mary) (Entered: 10/16/2009) |
| | | Response to (related document(s): 144 Trustee's Motion to Dismiss Case (Chp 13)) Filed by Debtors Michael Allen |

| | | |
|---|---|---|
| 10/27/2009 | 145 ◐(1 pg) | Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 10/27/2009) |
| 11/03/2009 | 146 ◐(3 pgs) | Order By District Court Chief Judge Paul L. Maloney, DISMISSING Appeal (RE: related document(s) 86 Notice of Appeal filed by Creditor Steven A. McGee). Signed on 11/3/2009 (dbva) (Entered: 11/04/2009) |
| 11/05/2009 | 147 ◐(1 pg) | Order By District Court Chief Judge Paul L. Maloney, DISMISSING Appeal (RE: related document(s) 112 Notice of Appeal filed by Creditor Steven A. McGee). Signed on 11/5/2009 (dbva) (Entered: 11/06/2009) |
| 11/19/2009 | 148 ◐(1 pg) | Notice of Appeal to Sixth Circuit Court. Case No. 09-2498 (RE: related document(s) 147 Order District Court re: Appeal) (dbv). (Entered: 11/25/2009) |
| 12/02/2009 | 149 ◐(1 pg) | Court's Notice of Hearing (RE: related document(s) 33 Objection to Claim # 6 of Steven A. McGee filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Hearing to be held on 1/13/2010 at 09:30 AM Kalamazoo Courthouse (mjl forwarded to bnc for service) (Entered: 12/02/2009) |
| 12/04/2009 | 150 ◐(2 pgs) | BNC Certificate of Mailing - Court's Notice of Hearing. Service Date 12/04/2009. (Admin.) (Entered: 12/05/2009) |
| 12/22/2009 | 151 ◐(1 pg) | Withdrawal of Claim 2 in the Amount of $22,444.29 Filed by Debtor Michael Allen Barlow.(Ruby, Richard) (Entered: 12/22/2009) |
| 12/23/2009 | 152 ◐(1 pg) | Court's Notice of Withdrawal of Proof of Claim and Deadline to Object to Proposed Withdrawal. Regarding Request to Withdraw Claim Number 2 filed by Frederick M. Gallagher in the Amount of $22,444.29 (RE: related document(s) 151 Withdrawal of Claim filed by Debtor Michael Allen Barlow) (lmj) (Entered: 12/23/2009) |
| 12/23/2009 | 153 ◐(1 pg) | Court's Corrected Notice of Withdrawal of Proof of Claim and Deadline to Object to Proposed Withdrawal. Regarding Request to Withdraw Claim Number 2 filed by Frederick Gallagher, Jr. in the Amount of $22,444.29 (RE: related document(s) 151 Withdrawal of Claim filed by Debtor Michael Allen Barlow) (lmj) (Entered: 12/23/2009) |
| 12/25/2009 | 154 ◐(2 pgs) | BNC Certificate of Mailing - Notice Withdrawing Claim Service Date 12/25/2009. (Admin.) (Entered: 12/26/2009) |

| | | |
|---|---|---|
| 12/25/2009 | 155<br>(3 pgs) | BNC Certificate of Mailing - Notice Withdrawing Claim Service Date 12/25/2009. (Admin.) (Entered: 12/26/2009) |
| 01/11/2010 | 156<br>(3 pgs) | Objection to (related document(s): 151 Withdrawal of Claim No. 2 by Frederick Gallagher, Jr.) Filed by Creditor Metal Man Storage (kac) (Entered: 01/11/2010) |
| 01/11/2010 | 157<br>(13 pgs) | *Defective* Objection to Debtors' Discharge from Bankruptcy, Motion to Deny Debtors' Request for Order Disallowing Proof of Claim, Or Else Abstain on State Law Comity Grounds Pursuant to 11 USC 1334(c)(1) and (c)(2), and Motion to Convert Bankruptcy Proceeding to Chapter 11 Liquidation with Certificate of Service (RE: related document(s) 33 Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) (dbva) (Entered: 01/12/2010) |
| 01/12/2010 | 158<br>(1 pg) | Order Striking Document (Prohibited by LBR 9013(g)). Order and Document Served Upon: Steven A. McGee (RE: related document(s) 157 Objection to Debtors' Discharge from Bankruptcy, Motion to Deny Debtors' Request for Order Disallowing Proof of Claim, Or Else Abstain on State Law Comity Grounds Pursuant to 11 USC 1334(c)(1) and (c)(2), and Motion to Convert Bankruptcy Proceeding to Chapter 11 Liquidation). Signed on 1/12/2010 (dbva) (Entered: 01/12/2010) |
| 01/12/2010 | 160<br>3 docs<br>(3 pgs) | Motion to Amend *Schedule F to Add Creditors Post-Confirmation* Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Attachments: # 1 Notice & Opportunity to Object # 2 Proposed Order) (Ruby, Richard) (Entered: 01/12/2010) |
| 01/12/2010 | 161<br>(4 pgs) | Certificate of Service *Motion to Amend Schedule F and Notice and Opportunity to Object* (RE: related document(s) 160 Motion to Amend *Schedule F to Add Creditors Post-Confirmation*) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 01/12/2010) |
| 01/13/2010 | | Dismissal Hearing Held (RE: related document(s) 144 Trustee's Motion to Dismiss Case (Chp 13) filed by Trustee Mary K. Viegelahn) Withdrawn (jeg) (Entered: 01/14/2010) |
| 01/13/2010 | | Hearing Held (RE: related document(s) 33 Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Under Advisement (jeg) (Entered: 01/14/2010) |

| | | |
|---|---|---|
| 01/14/2010 | [162](#) ⊕(1 pg) | Notice of Withdrawal (Letter) (related document(s): 156 Objection) Filed by Creditor Metal Man Storage (jeg) (Entered: 01/14/2010) |
| 01/14/2010 | [163](#) ⊕(2 pgs) | BNC Certificate of Mailing. Service Date 01/14/2010. (Admin.) (Entered: 01/15/2010) |
| 01/15/2010 | [164](#) ⊕(3 pgs) | Opinion Following Status Conference On Objection to Claim #6. (RE: related document(s) 33 Objection to Claim filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow). Signed on 1/15/2010 (jeg) (Entered: 01/19/2010) |
| 01/20/2010 | [166](#) ⊕(1 pg) | Order By Sixth Circuit Court of Appeals DISMISSING Appeal (RE: related document(s) 148 Notice of Appeal to Sixth Circuit Court (USDC)). Signed on 1/20/2010 (dbva) (Entered: 01/21/2010) |
| 01/21/2010 | [167](#) ⊕(4 pgs) | BNC Certificate of Mailing. Service Date 01/21/2010. (Admin.) (Entered: 01/22/2010) |
| 01/29/2010 | [168](#) 2 docs ⊕(3 pgs) | Objection to (related document(s): 160 Motion to Amend) Filed by Trustee Mary K. Viegelahn (Attachments: # 1 Certificate of Service (Interested Parties)) (4Viegelahn, Mary) (Entered: 01/29/2010) |
| 02/01/2010 | [169](#) ⊕(1 pg) | Court's Notice of Hearing (RE: related document(s) Trustee's Objection to 160 Motion to Amend filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Hearing to be held on 3/11/2010 at 09:30 AM Kalamazoo Courthouse (jah returned to Richard Ruby for service) (Entered: 02/01/2010) |
| 02/13/2010 | [170](#) 3 docs ⊕(9 pgs) | Application for Compensation for Richard F. Ruby, Debtor's Attorney, Fees: $7865.00, Expenses: $35.77. Filed by Richard F. Ruby (Attachments: # 1 Itemized Statement invoice# 2 Itemized Statement invoice) (Ruby, Richard) (Entered: 02/13/2010) |
| 02/13/2010 | [171](#) 2 docs ⊕(2 pgs) | Notice of Application for Professional Fees Pursuant to Fed.R.Bankr.P.2016 and Notice of the Right to Object (related documents 170 Application for Compensation) Filed by Debtor Michael Allen Barlow (Attachments: # 1 Certificate of Service (Matrix)) (Ruby, Richard) (Entered: 02/13/2010) |
| | | Certificate of Service *Notice to Creditors and Other Parties in Interest of Hearing on Debtors' Motion to Add Creditors Post-* |

| 02/18/2010 | 172 ◑(1 pg) | *Confirmation* (RE: related document(s) 169 Hearing Set) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 02/18/2010) |
| --- | --- | --- |
| 02/18/2010 | 173 5 docs ◑(74 pgs) | Adversary case 10-80069. 21 (Validity, priority or extent of lien or other interest in property)) : Complaint by Michael Allen Barlow, Jennifer Ann Gallagher-Barlow against Steven A. McGee. Fee Amount is Exempt ($0.00). (Attachments: # 1 Exhibit 1, part 1 of 2# 2 Exhibit 1, part 2 of 2# 3 Exhibit 2, part 1 of 2# 4 Exhibit 2, part 2 of 2) (Lerner, David) (Entered: 02/18/2010) |
| 02/24/2010 | 174 ◑(1 pg) | Certificate of Service (RE: related document(s) 160 Motion to Amend *Schedule F to Add Creditors Post-Confirmation*) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 02/24/2010) |
| 03/03/2010 | 175 ◑(1 pg) | Certificate of Service (RE: related document(s) 169 Hearing Set, 171 Notice of Application for Fees) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 03/03/2010) |
| 03/08/2010 | 176 2 docs ◑(2 pgs) | Affidavit/Certificate of No Response or Objection (RE: related document(s) 171 Notice of Application for Fees) (Attachments: # 1 Proposed Order) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 03/08/2010) |
| 03/09/2010 | 177 ◑(2 pgs) | Motion to Allow Tardy/Late Claim Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 03/09/2010) |
| 03/11/2010 | ◑ | Hearing Held (RE: related document(s) 160 Motion to Amend filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Denied without prejudice for failure to appear. (jeg) (Entered: 03/15/2010) |
| 03/16/2010 | 178 2 docs ◑(4 pgs) | Stipulation of Facts *Regarding Debtors' Use of Plan Funds for Emergency Vehicle Repairs* (Attachments: # 1 Proposed Order) Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 03/16/2010) |
| 03/16/2010 | 179 ◑(1 pg) | Order Regarding Motion To Add Creditors (RE: Related Doc # 160 ) Signed on 3/16/2010. (jeg) (Entered: 03/17/2010) |
| | 181 2 docs | Notice of Opportunity to Object (related documents 170 Application for Compensation, 171 Notice of Application for Fees) Filed by Debtors Michael Allen Barlow, Jennifer Ann |

| 03/17/2010 | (2 pgs) | Gallagher-Barlow (Attachments: # 1 Certificate of Service (Interested Parties)) (Ruby, Richard) (Entered: 03/17/2010) |
| 03/19/2010 | 182 (2 pgs) | BNC Certificate of Mailing. Service Date 03/19/2010. (Admin.) (Entered: 03/20/2010) |
| 03/19/2010 | 183 (1 pg) | Order Granting Stipulation (RE: related document(s) 178 Stipulation of Facts filed by Debtor Michael Allen Barlow). Signed on 3/19/2010 (jeg) (Entered: 03/22/2010) |
| 04/14/2010 | 184 2 docs (2 pgs) | Affidavit/Certificate of No Response or Objection (RE: related document(s) 181 Notice of Opportunity to Object) (Attachments: # 1 Proposed Order) Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 04/14/2010) |
| 04/16/2010 | 185 (1 pg) | Order For Payment Of Attorney Fees (Related Doc # 170 ) for Richard F. Ruby, fees awarded: $7865.00, expenses awarded: $35.77 Signed on 4/16/2010. (jeg) (Entered: 04/19/2010) |
| 05/03/2010 | 186 (1 pg) | Notice of Appointment of Successor Trustee. Barbara P. Foley for Mary Viegelahn. (pin) (Entered: 05/03/2010) |
| 05/07/2010 | 187 (3 pgs) | Trustees' Joint F.R.B.P. 2012 Accounting filed by Mary K. Viegelahn and Barbara P. Foley as Successor Trustee. (7Foley, Barbara) (Entered: 05/07/2010) |
| 06/22/2010 | 188 3 docs (3 pgs) | Trustee's Motion to Dismiss Case Filed by Trustee Barbara P. Foley. Hearing scheduled for 8/26/2010 at 09:00 AM at Kalamazoo Courthouse. (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Interested Parties))(9Foley, Barbara) (Entered: 06/22/2010) |
| 07/09/2010 | 189 (4 pgs) | Trustee's Notice to Debtor(s) Attorney Regarding Dividend Percentage to Unsecured Creditors Filed by Trustee Barbara P. Foley. (11Foley, Barbara) (Entered: 07/09/2010) |
| 07/16/2010 | 190 (1 pg) | Objection to (related document(s): 188 Trustee's Motion to Dismiss Case (Chp 13)) Filed by Debtor Michael Allen Barlow (Ruby, Richard) (Entered: 07/16/2010) |
| 08/24/2010 | 191 (1 pg) | Postconfirmation Amended Chapter 13 Plan Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (RE: related document(s) 10 Chapter 13 Plan). (Ruby, Richard) (Entered: 08/24/2010) |
| | | Dismissal Hearing Held (RE: related document(s) 188 Trustee's Motion to Dismiss Case) Withdrawn (jeg) (Entered: |

| 08/26/2010 | ◐ | 08/30/2010) |
|---|---|---|
| 09/02/2010 | <u>192</u><br>◐(1 pg) | Stipulated Motion to Approve Amended Plan (related document(s) <u>191</u> Amended Chapter 13 Plan) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/02/2010) |
| 09/09/2010 | <u>193</u><br>◐(1 pg) | Proposed Order *Approving Stipulated Motion to Approve Amended Plan* (RE: related document(s) <u>192</u> Stipulated Motion to Approve Amended Plan (related document(s) <u>191</u> Amended Chapter 13 Plan)) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/09/2010) |
| 09/09/2010 | <u>194</u><br>◐(1 pg) | Proposed Order *Directing Employer to Pay Trustee* Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/09/2010) |
| 09/10/2010 | <u>195</u><br>◐(1 pg) | Order Striking Document (Not Properly Signed by Trustee - /s/ omitted) (RE: related document(s) <u>194</u> Proposed Amended Order to Pay Wages filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow). Signed on 9/10/2010 (dm) (Entered: 09/10/2010) |
| 09/10/2010 | <u>196</u><br>◐(1 pg) | Proposed Amended Order to Pay Wages Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/10/2010) |
| 09/10/2010 | <u>199</u><br>◐(1 pg) | Order Approving Stipulated Motion to Approve Amended Plan (RE: related document(s) <u>191</u> Amended Chapter 13 Plan, <u>192</u> Motion to Approve Amended Plan). Signed on 9/10/2010 (jeg) (Entered: 09/14/2010) |
| 09/13/2010 | <u>197</u><br>◐(1 pg) | Amended Order Directing Employer to Pay Trustee. Signed on 9/13/2010 (dm) (Entered: 09/13/2010) |
| 09/14/2010 | <u>198</u><br>◐(1 pg) | Certificate of Service (RE: related document(s) <u>197</u> Payroll Order) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Ruby, Richard) (Entered: 09/14/2010) |
| 09/23/2010 | <u>200</u><br>◐(4 pgs) | Trustee's Notice to Debtor(s) Attorney Regarding Dividend Percentage to Unsecured Creditors Filed by Trustee Barbara P. Foley. (11Foley, Barbara) (Entered: 09/23/2010) |
| | <u>201</u> | Motion For Sanctions Against Steven McGee for Violation of Automatic Stay Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Attachments: # <u>1</u> Exhibit A, |

| 10/28/2010 | 6 docs ❹(36 pgs) | part 1 of 2# 2 Exhibit A, part 2 of 2# 3 Proposed Order # 4 Notice & Opportunity to Object # 5 Certificate of Service (Interested Parties)) (Lerner, David) (Entered: 10/28/2010) |
| 11/12/2010 | 202 3 docs ❹(16 pgs) | Opposition to Plaintiff's Motion For Sanctions; Requesting Denial (related document(s): 201 Motion for Sanctions) Filed by Defendant Steven A. McGee (Attachments: # 1 Exhibit A# 2 Exhibit B) (jeg) (Entered: 11/16/2010) |
| 11/12/2010 | 203 ❹(1 pg) | Notice Of Non-Service . (related documents 202 Opposition) filed by Defendant Steven A. McGee) (jeg) (Entered: 11/16/2010) |
| 11/17/2010 | 206 ❹(1 pg) | Order By Sixth Circuit Court of Appeals REINSTATING Appeal (RE: related document(s) 166 Order from Sixth Circuit Dismissing Appeal). Signed on 11/17/2010 (dbva) (Entered: 11/23/2010) |
| 11/19/2010 | 204 ❹(1 pg) | Court's Notice of Hearing (RE: related document(s) Steven McGee's Objection to 201 Motion for Sanctions filed by Debtor Michael Allen Barlow, Debtor Jennifer Ann Gallagher-Barlow) Hearing to be held on 1/13/2011 at 09:30 AM Kalamazoo Courthouse. (jah, Notice returned to Attorney David Lerner for service) (Entered: 11/19/2010) |
| 11/22/2010 | 205 ❹(1 pg) | Certificate of Service (RE: related document(s) 204 Hearing Set) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Lerner, David) (Entered: 11/22/2010) |
| 12/02/2010 | 207 ❹(1 pg) | Creditor's Notice to Standing Trustee of Change of Address for Transmitting Payments Filed by Creditor Jefferson Capital Systems LLC ( CompuCredit, Authorized Agent 4) (Entered: 12/02/2010) |
| 12/03/2010 | 208 ❹(1 pg) | Notice of Transfer/Assignment of Claim Transferor: Triad Financial Corporation. Transferee: Santander Consumer USA. Amount of Claim: $11216.00. Filed by Creditor SANTANDER CONSUMER USA.( Santander Consumer USA, Authorized Agent 5) (Entered: 12/03/2010) |
| 12/06/2010 | 209 ❹(1 pg) | Court's Notice of Transfer of Claim 23. Amount of Claim: $11216.00 Transferor: Triad Financial Corporation Transferee: Santander Consumer USA Inc. (RE: related document(s) 208 Transfer or Assignment of Claim) (jeg) (Entered: 12/06/2010) |
| | | Motion to Correct Record, and Motion To Cancel Hearing Set |

| | | |
|---|---|---|
| 12/06/2010 | 210<br>5 docs<br>◔(11 pgs) | For January 13, 2011 (related documents # 202 , 204 Hearing Set) Filed by Creditor Steven A. McGee (Attachments: # 1 Exhibit - Opposition previously filed as DN 202 # 2 Exhibit - Motion to Terminate Stay previously filed as attachment to DN 202 # 3 Certificate of Service (Interested Parties) # 4 Cover Letter) (jeg) Modified text on 12/22/2010 (dbv). (Entered: 12/06/2010) |
| 12/08/2010 | 211<br>◔(2 pgs) | BNC Certificate of Mailing - Notice of Transfer of Claim Other Than for Security Service Date 12/08/2010. (Admin.) (Entered: 12/09/2010) |
| 12/09/2010 | 212<br>2 docs<br>◔(4 pgs) | Response to (related document(s): 210 Motion) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Attachments: # 1 Certificate of Service (Interested Parties)) (Lerner, David) Modified text on 12/10/2010 (dbv). (Entered: 12/09/2010) |
| 12/20/2010 | 214<br>◔(1 pg) | Motion to Withdraw Mistakenly Filed Motion to Terminate Stay (related document(s): 210 Attachment #2 ) Filed by Creditor Steven A. McGee (jeg) (Entered: 12/22/2010) |
| 12/20/2010 | 215<br>◔(2 pgs) | Reply to Debtor's Response to Correct Record and Motion to Cancel Hearing Set For January 13, 2011, and Motion to Terminate Stay (related document(s): 212 Response) Filed by Creditor Steven A. McGee (jeg) (Entered: 12/22/2010) |
| 12/20/2010 | 216<br>◔(1 pg) | Certificate of Service (RE: related document(s) 214 Notice to Withdraw Document, 215 Reply) Filed by Creditor Steven A. McGee (jeg) (Entered: 12/22/2010) |
| 12/20/2010 | 217<br>◔(1 pg) | Cover Letter. (RE: related document(s) 214 Motion) Filed by Steven A. McGee (jeg) (Entered: 12/22/2010) |
| 12/22/2010 | 213<br>◔(1 pg) | Stipulation To Substitute John M. Van Elk in Place of Richard F. Ruby Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Van Elk, John) (Entered: 12/22/2010) |
| 12/24/2010 | 221<br>◔(1 pg) | Order Granting Stipulated Motion to Substitute Attorney adding John M. Van Elk for Michael Allen Barlow and Jennifer Ann Gallagher-Barlow, terminating Richard F. Ruby. (Related Doc # 213 ) Signed on 12/24/2010. (jeg) (Entered: 12/27/2010) |
| | 218<br>2 docs | Motion Requesting Recusal of Presiding Judge Filed by Creditor Steven A. McGee (Attachments: # 1 Exhibit - Motion Previously filed in Adv. No. 10-80069 DN 195) (jeg) |

| 12/27/2010 | ◯ (7 pgs) | Modified text on 12/28/2010 (dbv). (Entered: 12/27/2010) |
|---|---|---|
| 12/27/2010 | 219 ◯ (1 pg) | Certificate of Service (RE: related document(s) 218 Motion for Recusal of Presiding Judge) Filed by Creditor Steven A. McGee (jeg) (Entered: 12/27/2010) |
| 12/27/2010 | 220 ◯ (4 pgs) | Notice That a Motion To Stay Summary Judgments and Injunctive Order in Case #10-80096 Pending Appeal Has Been Filed . (jeg) (Entered: 12/27/2010) |
| 12/27/2010 | 222 3 docs ◯ (16 pgs) | Response to (related document(s): 202 Response) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Attachments: # 1 Exhibit A# 2 Certificate of Service (Interested Parties)) (Lerner, David) (Entered: 12/27/2010) |
| 12/28/2010 | 223 ◯ (3 pgs) | Opinion and Order Denying Motion to Recuse. (RE: related document(s) 218 Motion Requesting Recusal of Presiding Judge). Signed on 12/28/2010 (jeg) Modified date on 12/29/2010 (dbv). (Entered: 12/29/2010) |
| 12/31/2010 | 225 ◯ (4 pgs) | BNC Certificate of Mailing. Service Date 12/31/2010. (Admin.) (Entered: 01/01/2011) |
| 01/03/2011 | 226 ◯ (24 pgs) | Letter from Steven A. McGee to Kalamazoo Gazette Regarding: Hearing in the US Bankruptcy Court on 1/13/11 at 9:30 AM. (RE: related document(s) 204 Hearing Set) (jeg) (Entered: 01/04/2011) |
| 01/10/2011 | 227 ◯ (2 pgs) | Notice of Payment Change Re: Mortgage Filed by Creditor EMC Mortgage Corporation ( EMC Mortgage Corp, Authorized Agent 1) (Entered: 01/10/2011) |
| 01/11/2011 | 228 3 docs ◯ (3 pgs) | Trustee's Motion to Dismiss Case Filed by Trustee Barbara P. Foley. Hearing scheduled for 4/14/2011 at 09:00 AM at Kalamazoo Courthouse. (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Interested Parties))(4Foley, Barbara) (Entered: 01/11/2011) |
| 01/13/2011 | 229 ◯ (3 pgs) | BNC Certificate of Mailing. Service Date 01/13/2011. (Admin.) (Entered: 01/14/2011) |
| 01/13/2011 | ◯ | Hearing Held (RE: related document(s) 201 Motion for Sanctions) Granted - Order t/b/p by Lerner (jeg) (Entered: 01/14/2011) |
| | 230 | Proposed Order *Granting Motion for Sanctions* (RE: related document(s)Hearing Held (Bk Motion)) (Attachments: # 1 |

| 01/20/2011 | 2 docs<br>(6 pgs) | Exhibit A - Affidavit of Costs and Expenses) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Lerner, David) (Entered: 01/20/2011) |
| 01/21/2011 | 231<br>(1 pg) | Objection to (related document(s): 228 Trustee's Motion to Dismiss Case (Chp 13)) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Van Elk, John) (Entered: 01/21/2011) |
| 01/22/2011 | 232<br>(2 pgs) | Order Granting Motion For Sanctions. (Related Doc # 201 ) Signed on 1/22/2011. (jeg) (Entered: 01/24/2011) |
| 01/26/2011 | 234<br>(1 pg) | Certificate of Service (RE: related document(s) 232 Order on Motion For Sanctions) Filed by Debtors Michael Allen Barlow, Jennifer Ann Gallagher-Barlow (Lerner, David) (Entered: 01/26/2011) |
| 01/26/2011 | 235<br>(3 pgs) | BNC Certificate of Mailing. Service Date 01/26/2011. (Admin.) (Entered: 01/27/2011) |
| 02/03/2011 | 236<br>(1 pg) | Notice of Appeal Fee Amount $255 Filed by Creditor Steven A. McGee (RE: related document(s) 232 Order on Motion For Sanctions). Appellant Designation due by 2/17/2011. NOTE: Appeal Fee has not been paid (mkc) (Entered: 02/03/2011) |
| 02/08/2011 | 237<br>(2 pgs) | Clerk's Notice Regarding Record on Appeal with Certificate of Mailing. (RE: related document(s) 236 Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 02/08/2011) |
| 02/08/2011 | 238<br>(1 pg) | Bill of Costs to Steven A. McGee in the Amount of $ 255.00 Regarding Appeal Fee (RE: related document(s) 236 Notice of Appeal filed by Creditor Steven A. McGee) (dbva) (Entered: 02/08/2011) |

I hereby attest and certify that this is a printed copy of the electronic docket dated February 8, 2011 which serves as the official record in this proceeding.

Pursuant to Court order, if this docket reflects the entry of any Text Orders or Virtual Documents which are not accompanied by a representative image, the entry thereof serves as the Order and/or Virtual Document.

Daniel M. LaVille, Clerk, By: /s/ Diane B. Veenkamp, Deputy Clerk