UNITED STATES BANKRUPTCY COURT
for the
WESTERN DISTRICT OF MICHIGAN

IN RE: MICHAEL ALLEN BARLOW &  Case# 08-09465-swd
JENNIFER ANN GALLAGHER-BARLOW  Chapter 13

NOTICE OF APPEAL

And now comes Steven A. McGee to hereby APPEAL <u>directly to the Sixth Circuit Court of Appeals itself</u>, pursuant to applicable bankruptcy rules of the Sixth Circuit, from an ORDER GRANTING MOTION FOR SANCTIONS entered in the above-captioned case on January 22, 2011.

x _____  1-30-11
Steven A. McGee #10511-040
LSCI Allenwood
P.O. Box 1000
White Deer, Pa. 17887



2011 FEB -3 PM 1:03
FILED
CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.