BANKRUPTCY APPELLATE PANEL
OF THE SIXTH CIRCUIT COURT

In re:
MICHAEL BARLOW, et al          BAP no. 11-8014

In re:
Michael Barlow, et al          Main bankruptcy case no. 08-09465

## NOTICE OF ELECTION FOR DISTRICT COURT DETERMINATION OF APPEAL BY APPELLEES MICHAEL ALLEN BARLOW AND JENNIFER ANN GALLAGHER-BARLOW

    Notice is hereby given by Michael Allen Barlow and Jennifer Ann Gallagher-Barlow of their election to have the appeal in this matter heard by the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 158(c)(2) and Bankruptcy Rule 8001(e)(1).

                              Respectfully Submitted,

                              PLUNKETT COONEY

                              By: /s/ Hilary A. Ballentine
                              HILARY A. BALLENTINE – P69979
                              DAVID A. LERNER – P44829
                              Attorneys for Debtors
                              535 Griswold, Suite 2400
                              Detroit, MI 48226
                              (313) 983-4419
                              hballentine@plunkettcooney.com

Open.10100.03440.10734014-1