Case No. 11-8014

## BANKRUPTCY APPELLATE PANEL
## OF THE SIXTH CIRCUIT

## ORDER

In re: MICHAEL ALLEN BARLOW; JENNIFER ANN GALLAGHER-BARLOW,

    Debtors.

    The appellees having filed a timely statement of election, see 28 U.S.C. § 158(c)(1), Fed. R. Bankr. P. 8001(e), and 6th Cir. BAP LBR 8001-3, it is **ORDERED** that this appeal is hereby transferred to the District Court for further proceedings.

                                        **ENTERED PURSUANT TO RULE 8011-2(a)(2)**
                                        **BANKRUPTCY APPELLATE PANEL**
                                        Leonard Green, Clerk

Issued: March 01, 2011